IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN NIEVES, | |
| Plaintiff, | No. CIV S-08-0988 MCE GGH PS |
| vs. | |
| WORLD SAVINGS BANK, FSB; WACHOVIA MORTGAGE CORPORATION, | |
| Defendants. | |
| _____/ | |
| REUBEN NIEVES, | |
| Plaintiff, | No. CIV S-08-1602 JAM KJM PS |
| vs. | |
| WORLD SAVINGS BANK, FSB, | NON-RELATED CASE ORDER |
| Defendant. | |
| _____/ | |

The court has received the Notice of Related Cases concerning the above-captioned cases filed July 15, 2006. The local rules provide that an action is related to another action when "(1) both actions involve the same parties and are based on the same or a similar claim; (2) both actions involve the same property, transaction or event; (3) both actions involve

similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or (4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges." E. D. Cal. L. R. 83-123.

The court has determined that it is inappropriate to relate the above-captioned cases.  While both cases were filed in an effort to prevent foreclosure of plaintiff's home, the parties allege different bases for this court's jurisdiction and assert that different federal acts control.

In Case Civ. No. 08-988 MCE GGH PS, plaintiff premised this court's jurisdiction  upon a federal due process claim and, tangentially, the Truth In Lending Act ("TILA"), 15 U.S.C. § 1601 et seq.  On June 25, 2008, this court issued Findings and Recommendations recommending dismissal of the action based upon plaintiff's failure to allege a cognizable federal claim and therefore for lack of subject matter jurisdiction.  These Findings and Recommendations are pending before the District Judge who has scheduled an August 8, 2008 hearing on plaintiff's motion for preliminary injunction.

In contrast, Case Civ. No. 08-1602 JAM KJM PS was removed from state court by defendant World Savings Bank based upon diversity of citizenship.  Defendant's motion to dismiss, scheduled for hearing August 20, 2008, asserts that each of plaintiff's claims (all premised on state law) are preempted by the Home Owners Loan Act ("HOLA"), 12 U.S.C. § 1461 et seq.

Thus, while both actions involve the same plaintiff, a common defendant, and the same property, transaction, and pending event, they do not involve the same questions of law.  Assignment to the same District Judge and Magistrate Judge will not effect a substantial savings of judicial effort.  E. D. Cal. L. R. 83-123.

\\\\\

1    Accordingly, the court declines to relate or reassign the above-captioned cases.
2    This order is issued for informational purposes only and shall have no effect on the status of
3    either action.
4    DATED: 08/05/08                    /s/ Gregory G. Hollows
5                                        GREGORY G. HOLLOWS
                                         U.S. Magistrate Judge
6
7    GGH5:Nieves.nonrel