UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

REUBEN NIEVES,                          No. 2:08-cv-00988-MCE-GGH

      Plaintiff,

  v.                                    <u>MEMORANDUM AND ORDER</u>

WORLD SAVINGS BANK, FSB,
WACHOVIA MORTGAGE COMPANY, and
DOES 1-10,

      Defendants.

----oo0oo----

    Plaintiff Reuben Nieves ("Plaintiff") seeks relief from Defendants World Savings Bank and Wachovia Mortgage Company ("Defendants") for claims arising under the Fifth Amendment and several pendant claims.  Plaintiff now moves for preliminary injunctive relief from this Court to enjoin Defendants from foreclosing on his property.

    "A federal court may issue an injunction if it has personal jurisdiction over the parties and subject-matter jurisdiction over the claim; it may not attempt to determine the rights of persons not before the court."

1

Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir.1985).

Plaintiff alleges that subject-matter jurisdiction over his claims arises pursuant to 15 U.S.C. § 1601 et seq. and 28 U.S.C. § 1331. Defendants, however, are not proper defendants under these claims for reasons set forth in the Findings and Recommendations filed by the Magistrate Judge in this case on June 25, 2008, and adopted in full by this Court on August 6, 2008.

Accordingly, because this Court lacks jurisdiction over the claims against Defendants, it may not issue injunctive relief against the named defendants. Plaintiff's Motion for preliminary injunctive relief is therefore, DENIED.[1]

IT IS SO ORDERED.

Dated: August 8, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefing. E.D. Cal. Local Rule 78-230(h).

2